**UNITED STATES COURT OF APPEALS**
**SECOND CIRCUIT**
_____X

SALIMA MCCREE: SALIMA MCCREE AS THE
ADMINISTRATRIX OF THE ESTATE OF MATHEW
MCCREE

CASE NO. 2025-1009

========================

AFFIDAVIT OF SERVICE

PLAINTIFF/APPELLANT

-against-

DC DOCKET:
21-cx-02806 (NCM) (LKE)

DC Judge: Natasha Merle

THE CITY OF NEW YORK, HEATHER LEYKAM,
MELINDA ALGARIN, ELIZABETH SANNA and
UMBERTOP JEAN-LOUIS

DEFENDANT(S).
_____X

The undersigned being duly sworn, deposes and says: SALIMA McCREE, as "Pro Se" litigant

residing at 3030 Surf Avenue, Apt 3D, Brooklyn, NY 11224 and under the penalties of

perjury does hereby state that, on July 01, 2025, deponent served the within, Appellants Affidavit

in the above captioned matter, by depositing a true copy of the same, enclosed in a regular mail

postpaid, properly addressed wrapper, in a post official depository under the exclusive care and
US Postal Service and no UPS mail
custody of the UPS within the State of New York. offices as follows:

TO THE CLERK OF THE COURT
US DISTRICT COURT, EASTERN DISTRICT
US COURT OF APPEALS, SECOND CIRCUIT


NYC LAW DEPARTMENT
ATTN: APPEALS / Geoffrey Luchman, Esq.
100 Church Street
New York, NY 10007
(212) 356-1000

Muriel Good-Trufant
Chief Counsel
NYC LAW DEPARTMENT
100 Church Street
New York, NY 10007

DATED:

July 25, 2025

Brooklyn, New York

By: _____
SALIMA McCREE
Plaintiff/Appellant
3030 Surf Avenue, Apt 3D
Brooklyn, NY 11224
mccrshl@aol.com
917.789.9277

STATE OF NEW YORK, COUNTY OF KINGS ss:

## VERIFICATION

I <u>SALIMA MCCREE</u> am the Plaintiff/Appellant in the within action. I have read the foregoing affidavit of in the within application and personally know the contents thereof. The contents are true to my own knowledge except as to matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

*[signature]*
SALIMA McCREE

Subscribed and Sworn to before me on this 25th day of July 2025

*[signature]*
Notary Public

KIM ANGELA WILLIAMS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02W16391421
Qualified in Kings County
Commission Expires May 06, 2026

## Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
Fri 25 Jul 2025

EXPECTED DELIVERY DATE:
MON 28 JUL 2025 EOD

SHIPMENT INFORMATION:
UPS Ground Commercial
1.0 lb manual wt
1.000 lb billable wt
Dims: 9.00x12.00x1.00 in

SHIP FROM:
SALIMA McCREE
PLAINTIFF/APPELLANT
3030 SURF AVE
APT 3D
Brooklyn, NY 11224
(917) 789-9277

Tracking Number: 1Z1798YY0379127563
Shipment ID: MM42AZ181NSSF
Ship Ref 1: MR
Ship Ref 2: - -

SHIP TO:
NYC LAW DEPARTMENT
MURIEL GOOD-TRUFANT, CHIEF COUNSEL
100 CHURCH ST
NEW YORK NY 10007-2601
Business

DESCRIPTION OF GOODS:
DOCUMENTS

SHIPMENT CHARGES
Ground Commercial      13.17
Service Options         0.00
CMS Processing Fee      0.22

SHIPPED THROUGH:
The UPS Store #5236
BROOKLYN, NY 11201-3548
(718) 802-0900

Total                  $13.39

UPS Store