# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of September, two thousand twenty-five.

Before:      José A. Cabranes,
                *Circuit Judge.*

_____

| | |
|---|---|
| Salima McCree, individually and as the Administratrix of the Estate of Matthew McCree, | **ORDER** |
|        Plaintiff - Appellant, | Docket No. 25-1009 |
|   v. | |
| The City of New York, | |
|        Defendant – Appellee. | |

_____

Appellant, pro se, moves for a six-month extension of time to file the opening brief and appendix.

IT IS HEREBY ORDERED that the motion is GRANTED, absent opposition. Appellant's opening brief and appendix are due January 30, 2026.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court