# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of August, two thousand twenty-six.

Before: José A. Cabranes,
*Circuit Judge*.

---

Salima McCree, individually and as the Administratrix of the Estate of Matthew McCree,

Plaintiff - Appellant,

v.

The City of New York,

Defendant – Appellee.

---

**ORDER**

Docket No. 25-1009

Appellant, pro se, moves for a one-month extension until August 31, 2026, to file the opening brief and appendix.

IT IS HEREBY ORDERED that the motion is GRANTED, *nunc pro tunc*, absent opposition.

For the Court**:**
Catherine O’Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe