# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of September, two thousand twenty-six.

Before: José A. Cabranes,
*Circuit Judge.*

---

Salima McCree, individually and as the Administratrix of the Estate of Matthew McCree,

Plaintiff - Appellant,

v.

The City of New York,

Defendant - Appellee.

---

**ORDER**

Docket No. 25-1009

Appellant, pro se, moves for a six-month extension until February 28, 2027, to file the opening brief and appendix.

IT IS HEREBY ORDERED that the motion is GRANTED, *nunc pro tunc*, absent opposition, with a caution to Appellant that no further requests will be granted.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court